UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Douglas E. Arpert

v. Mag. No. 11-2252 (DEA)

:

BRETT PICKETT : TEMPORARY ORDER OF DETENTION

This matter having come before the Court on May 16, 2011, for an initial appearance pursuant to Fed. R. Crim. P. 5, and the application of the United States of America (Paul J. Fishman, United States Attorney, Eric M. Schweiker, Assistant U.S. Attorney, appearing), for a detention hearing pursuant to 18 U.S.C. § 3142(f)(1)(E); and the defendant, BRETT PICKETT (Brian Reilly, Assistant Federal Defender, counsel) having requested a continuance of that hearing pursuant to 18 U.S.C. § 3142(f)(2); and good cause having been shown,

IT IS, on this __16th__ day of May, 2011,

ORDERED that a detention hearing shall be held in this matter on Friday, May 20, 2011, at 11 a.m.; and

IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. § 3142(f)(2), the defendant BRETT PICKETT, is hereby DETAINED pending said hearing.

_____
Hon. Douglas E. Arpert
United States Magistrate Judge